**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7170

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HERBERT COUNCIL,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:92-cr-00097-GCM)

Submitted: January 17, 2008        Decided: January 24, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herbert Council, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Council appeals the district court's order denying his "Motion for the Court to Enter an Order for Immediate Relief." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Council, No. 3:92-cr-00097-GCM (W.D.N.C. July 24, 2007). We deny Council's motion for bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED